| | |
|---|---|
| 1 | Mark D. Petersen (State Bar No. 111956) |
|   | Patrick R. McKinney (State Bar No. 215228) |
| 2 | Farella Braun & Martel LLP |
|   | Russ Building |
| 3 | 235 Montgomery Street |
|   | San Francisco, CA 94104 |
| 4 | Telephone: (415) 954-4400 |
|   | Facsimile: (415) 954-4480 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | THE OAKLAND RAIDERS, |
|   | a California Limited Partnership |

ORIGINAL FILED
DEC 2 1 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

THE OAKLAND RAIDERS, a California Limited Partnership,

　　　　　Plaintiff,

vs.

WILLIAM T. ROMANOWSKI,

　　　　　Defendants.

Case No. C 04 5402 JCS

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 / NORTHERN DISTRICT LOCAL RULE 3-16(c) STATEMENT OF THE OAKLAND RAIDERS**

　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District Local Rule 3-16(c), Plaintiff THE OAKLAND RAIDERS discloses that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

　　　A.D. Football, Inc.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

FRCP 7.1 STATEMENT,
Case No. _____

16159\757506.1

Dockets.Justia.com

1  DATED: December 4, 2004

FARELLA BRAUN & MARTEL LLP

By: /s/
Mark D. Petersen

Attorneys for Plaintiff
THE OAKLAND RAIDERS,
a California Limited Partnership

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

FRCP 7.1 STATEMENT,
Case No. _____

- 2 -

16159\757506.1