1  Mark D. Petersen (State Bar No. 111956)
   Patrick R. McKinney (State Bar No. 215228)
2  Farella Braun & Martel LLP
   Russ Building
3  235 Montgomery Street
   San Francisco, CA 94104
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5
   Attorneys for Plaintiff
6  THE OAKLAND RAIDERS,
   a California Limited Partnership
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO/OAKLAND DIVISION
11
12 THE OAKLAND RAIDERS, a California    Case No. C 04 5402 JCS
   Limited Partnership,
13                                       **NOTICE OF RELATED CASE**
              Plaintiff,
14
        vs.
15
   WILLIAM T. ROMANOWSKI,
16
              Defendants.
17

ORIGINAL FILED
DEC 21 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

NOTICE OF RELATED CASE,
Case No. _____

16159\757502.1

Plaintiff THE OAKLAND RAIDERS ("The Oakland Raiders") hereby gives notice, pursuant to Civil L.R. 3-12(a), that this action may be related to *Allstate Insurance Company, et al. v. William Romanowski, et al.*, United States District Court for the Northern District of California, No. C 04-1920 (SC) (the "*Allstate* action"), a prior-filed action pending in this Court.

These two cases may be related within the meaning of Local Rule 3-12(b) of this Court as both involve questions concerning the respective rights, duties, and obligations of various parties arising out of allegations of physical injuries suffered by Marcus Williams in an altercation with William Romanowski on August 24, 2003. It appears likely that assignment of this action to the same judge who presides over the *Allstate* action would conserve judicial resources.

DATED: December 21, 2004

FARELLA BRAUN & MARTEL LLP

By: _____
Mark D. Petersen

Attorneys for Plaintiff
THE OAKLAND RAIDERS,
a California Limited Partnership

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

NOTICE OF RELATED CASE,
Case No. _____

- 2 -

16159\757502.1