UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE OAKLAND RAIDERS, a California
Limited Partnership,

        Plaintiff(s),

    v.

WILLIAM T. ROMANOWSKI,

        Defendant(s).

No. C 04-5402 JCS

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 12 January 2005

                                                        Signature

                                         Counsel for Plaintiff, The Oakland Raiders
                                         (Plaintiff, Defendant or indicate "pro se")

Dockets.Justia.com