Mark D. Petersen (State Bar No. 111956)
Patrick R. McKinney (State Bar No. 215228)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
THE OAKLAND RAIDERS,
a California Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| THE OAKLAND RAIDERS, a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM T. ROMANOWSKI,<br><br>Defendant. | Case No. C04-5402 JCS<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff The Oakland Raiders hereby dismisses this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: February 10, 2005

FARELLA BRAUN & MARTEL LLP

By: _____
     Mark D. Petersen

Attorneys for Plaintiff
THE OAKLAND RAIDERS,
a California Limited Partnership

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

NOTICE OF DISMISSAL WITHOUT PREJUDICE,
Case No. C04-5402 JCS

19458\769197.1

Dockets.Justia.com